UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NOEL NUNN,

Plaintiff

v.

NDOC, et al.,

Defendants

Case No. 2:26-cv-03054-JAD-MDC

**ORDER**

On September 23, 2026, pro se plaintiff Noel Nunn, an inmate in the custody of the Nevada Department of Corrections, submitted an application to proceed *in forma pauperis*, a document titled "Injunction," and a Certificate of Interested Parties. (ECF Nos. 1, 1-1, 1-2). "A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. Under the local rules, a pro se plaintiff must file a civil rights complaint on the form provided by this Court or it must be legible and contain substantially all the information called for by the Court's form. *See* Nev. Loc. R. Prac. LSR 2-1.

Plaintiff's "Injunction" is not a complaint. It appears to allege contempt but it is unclear what order has been allegedly violated, particularly since this is a new case. Even if the Court liberally construed the document as a complaint, it is neither on this Court's form nor does it contain the information called for by this Court's form. (*See* ECF No. 1-1).

It is therefore ordered that Plaintiff has **until November 9, 2026**, to file a complaint using the correct form for federal court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number.

//

The Clerk of the Court is directed to send Plaintiff this Court’s approved 42 U.S.C. § 1983 complaint form with instructions.

DATED: October 15, 2026

UNITED STATES MAGISTRATE JUDGE